# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

-----------------------------------------------------------------X

Kenneth M. Krys and Margot MacInnis, as Joint
Official Liquidators of SPhinX Ltd., SPhinX
Strategy Fund, Ltd., SPhinX Plus SPC Ltd., SPhinX
Distressed Ltd., SPhinX Merger Arbitrage Ltd.,
SPhinX Macro Ltd., SPhinX Long/Short Equity
Ltd., SPhinX Managed Futures Ltd., et al.; Kenneth
M. Krys and Margot MacInnis, as assignees of
claims assigned by Miami Children's Hospital
Foundation, OFI Asset Management, Green &
Smith Investment Management LLC, Thales Fund
Management LLC, Kellner Dileo & Co. LLC,
Martingale Asset Management LP, Longacre Fund
Management LLC, et al.; and the Harbour Trust Co.
Ltd., as Trustee of the SPhinX Trust,

Case No. 14-3446-cv (L)
Case No. 14-3480-cv(Con)

                Plaintiffs-Appellants,

Christopher Stride, as Joint Official Liquidator of
SPhinX Ltd., SPhinX Strategy Fund, Ltd., SPhinX
Plus SPC Ltd., SPhinX Distressed Ltd., SPhinX
Merger Arbitrage Ltd., SPhinX Macro Ltd., SPhinX
Long/Short Equity Ltd., SPhinX Managed Futures
Ltd., et al.; Christopher Stride, as assignee of claims
assigned by Miami Children's Hospital Foundation,
OFI, Green & Smith Investment Management LLC,
Kellner Dileo & Co. LLC, Martingale Asset
Management LP, Longacre Fund Management LLC,
Arnhold & S. Bleichroeder Advisers LLC, et al.; and
James P. Sinclair, as Trustee of the Sphinx Trust,

                Plaintiffs,

v.

Dennis A. Klejna; JPMorgan Chase & Co.; Credit
Suisse Securities (USA) LLC, formerly known as
Credit Suisse First Boston LLC; Merrill Lynch,

Pierce, Fenner & Smith, Incorporated, as successor-by-merger to Banc of America Securities LLC; 1997 Thomas H. Lee Nominee Trust; Thomas H. Lee; David V. Harkins; Scott L. Jaeckel; Scott A. Schoen; EMF Financial Products LLC; EMF Core Fund Ltd.; Delta Flyer Fund, LLC; Eric M. Flanagan; Thomas H. Lee Partners, L.P.; Thomas H. Lee Advisors, LLC; THL Managers V LLC; THL Equity Advisors V L.P.; Thomas H. Lee Parallel Fund V, L.P.; Thomas H. Lee Equity (Cayman) Fund V L.P.; Thomas H. Lee Investors Limited Partnership; Thomas H. Lee Equity Fund V, L.P.,

     Defendants-Appellees,

Christopher Sugrue; Mark Kavanagh; Brian Owens; PricewaterhouseCoopers LLP; Mari Ferris; Pricewaterhousecoopers Cayman Islands; Gibson, Dunn & Crutcher LLP; Mitchell A. Karlan; Scott Kislin; Refco Alternative Investments LLC; Grant Thornton LLP; Mark Ramler; Ernst & Young U.S. LLP; Mayer Brown LLP, formerly known as Mayer Brown Rowe & Maw LLP; Joseph Collins; Edward S. Best; Paul Koury; Phillip R. Bennett; Robert C. Trosten; Tone Grant; Thomas Hackl; BAWAG P.S.K. Bank fur Albeit und Wirtschaft und Osterreichische Posteparkasse Aktiengesellschaft; Liberty Corner Capital Strategies, LLC; William T. Pigott; Ingram Micro, Inc.; CIM Ventures Inc.; Beckenham Trading Co. Inc.; Andrew Krieger; Coast Asset Management, LLC, formerly known as Coast Asset Management LP; CS Land Management LLC; Christopher Pettit; Refco Group Holdings Inc.; Refco Associates, Inc.; Mayer Brown International LLP; Tone Grant; Santo Maggio,

     Defendants.
------------------------------------------------------------------X

## **STIPULATION OF THE PARTIES REGARDING DEFERRED APPENDIX**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the parties will use a deferred appendix in this appeal pursuant to Federal Rule of Appellate Procedure 30(c) and Second Circuit Local Rule 30.1(c).

Dated: New York, New York
December 9, 2014

By: _____
David J. Molton
Andrew Dash
BROWN RUDNICK LLP
7 Times Square
New York, NY 10036
Tel: (212) 209-4800
dmolton@brownrudnick.com
adash@brownrudnick.com

-and-

BEUS GILBERT PLLC
Leo R. Beus
Lee M. Andelin
701 North 44th Street
Phoenix, Arizona 85008
Tel: (480) 429-3000
lbeus@beusgilbert.com
landelin@beusgilbert.com

*Counsel for Plaintiffs-Appellants*

_____
Herbert S. Washer
Landis C. Best
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, NY 10005
Tel: (212)-701-3000
hwasher@cahill.com
LBest@cahill.com

*Counsel for Defendant-Appellee Credit Suisse Securities (USA) LLC f/k/a Credit Suisse First Boston LLC*

Helen B. Kim
THOMPSON COBURN LLP
2029 Century Park East
Suite 1900
Los Angeles, CA 90067
Tel: (310) 282-2500
hkim@thompsoncoburn.com

*Defendant-Appellee Dennis Klejna*

Veronica E. Rendon
Kathleen Reilly
Lucy McMillan
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY 10022
Tel: (212) 715-1000
Veronica.Rendon@aporter.com
Kathleen.Reilly@APORTER.COM
Lucy.McMillan@aporter.com

*Counsel for Defendants-Appellees EMF Financial Products LLC, EMF Core Fund Ltd., Delta Flyer Fund LLC and Eric M. Flanagan*

Philip D. Anker
Jeremy S. Winer
Ross E. Firsenbaum
Ari J. Savitzky
WILMER CUTLER PICKERING
HALE & DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Tel: (212) 230-8800
philip.anker@wilmerhale.com
jeremy.winer@wilmerhale.com
ross.firsenbaum@wilmerhale.com
ari.savitzky@wilmerhale.com

*Counsel for Defendants-Appellees Merrill Lynch, Pierce, Fenner & Smith, Incorporated, as successor-by-merger to Banc of America Securities LLC, and JP Morgan Chase & Co.*

Walter Rieman
Richard A. Rosen
PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Tel: (212) 373-3000
Email: wrieman@paulweiss.com
Email: rrosen@paulweiss.com

*Counsel for Defendants-Appellees Thomas H. Lee Partners L.P., Thomas H. Lee Advisors LLC, THL Managers V LLC, THL Equity Advisors V L.P., Thomas H. Lee Equity Fund V L.P., Thomas H. Lee Parallel Fund V L.P., Thomas H. Lee Equity (Cayman) Fund V L.P., Thomas H. Lee Investors Limited Partnership, 1997 Thomas H. Lee Nominee Trust, Thomas H. Lee, David V. Harkins, Scott L. Jaeckel and Scott A. Schoen*

4